UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elizabeth Grant

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

115th Precinct, PO Michael Grasstand, PO Ns Kaur, ASPCA, Dr Perry

COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes  ☐ No



RECEIVED
MAR 10 2025
PRO SE OFFICE

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

Docket QP-016875
Indict no 73209-2024
NYSID 074B091M

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

**Elizabeth** / **Mary** / **Grant**
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

**4025 00075**

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

**Rose M Singer**
Current Place of Detention

**1919 Hazen Street**
Institutional Address

**East Elmhurst** / **NY** / **11370**
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: I should not have been remanded to Extradition on the 11th Day not the 10th. They only had 10 days to come and get me, 115th Precinct destroyed my home vandalism, ransacking Michael Grassiano molested and assaulted me w/h the 115th Precinct

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: Michael
Last Name: Grassiano
Shield #:
Current Job Title (or other identifying information): Officer
Current Work Address: Officer
115th preenct 92-01 Northen Blvd Jackson Heights NY 11372
County, City / State / Zip Code: Micho Grassiano partner

Defendant 2:
First Name:
Last Name: Kaur
Shield #:
Current Job Title (or other identifying information): Officer
Current Work Address: 115th precint 92-01 Northen Blvd NY 11372 Jackson Heights
County, City / State / Zip Code: Jackson Heights NY 11372

Defendant 3:
First Name: 115th preenct
Last Name:
Shield #:
Current Job Title (or other identifying information): Officers
Current Work Address: Officers, Detectives all involved in the illegal raid of 25-44 82nd St
92-01 Northen Boulevard Jackson Heights NY
County, City / State / Zip Code: 11372

Defendant 4:
First Name: ASPCA
Last Name:
Shield #: Illegal
Current Job Title (or other identifying information): workers partaking in the raid at 25-44 82nd St East Elmhurst NY 11370
Current Work Address: 8681st St
County, City / State / Zip Code: New York NY 11101

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 25-44 82nd St. East Elmhurst NY 11370

Date(s) of occurrence: 5-21-24

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Right now since the LIES, CORRUPTION and Malicious intent of PO Michael Grussiero and his partner in crime PO Kaur has entered my home on a defective warrant to broad not honing in on exactly what they wanted because they were coming in to STEAL whatever they wanted. PO Michael Grussiero was alone in my bedroom where he legally did not belong. Inappropriately touching me and then assaulting me dragging me out of my bed naked Ferociously slamming me against the wall and then throwing me into my hallway. I was then grabbed by large men on the stairs grabbing my arms hard pushing me hurting my arms grabbing me down the stairs kicking my lymphadema legs in as I scream in pain and half way down the stairs I was thrown down the stairs. This in fact was cruel and unusual punishment and should dismiss the case because the warrant was INEFFECTIVELY EXECUTED. Furniture turned over water left on to destroy the floors. Papers and all artifacts in the house were thrown all over the floor. Animals were healthy and stolen for ASPCA Kill shelter in cahoots with the paid off corrupt officers Michael Grussion and his Partner PO Ms Kaur. ASPCA pulls

These publicity stunts for donations, paying off the witnesses, police and courts, thats why courts willingly perform court fraud, falsely arresting victims like me, falsely accused. Pain and suffering from this character assassination and my Life and 36 years career as a Teacher, Educational Director, Professor and Tutor down the drain because the LIES and FRAUD becomes part of a court Criminal case that in REALITY is not a Criminal case, It is a CIVIL case of court fraud and allowing the NYPD 115th and ASPCA to FRAME me and let their False allegations determine all the damages I could receive.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was assaulted. My arms and ankles were injured. My back and legs were injured throwing me down the stairs. I was emotionally scarred left in the police car naked when my cover fell and the police would not pick it up. I have PTSD from previous Illegal raids 4 of them and this one, the 5th was the most ABUSIVE and INJURIOUS to me and the destruction purposely of the 115th precinct and ASPCA of my home 25-44 82nd st East Elmhurst NY 11370

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would Like my charges removed. I would like to be freed from Rikers Island Immediately where I am. I would Like to be freed from any Hospital I am put in when by no means (as you can see from my clear on point) writing I am NOT A 730, It is another LIE collaborated by my fired Lawyer working to help the District Attorney FRAME me and get away with a made up case of Lies to benefit ASPCA Financially and any person lying for them and producing their usual FRAUD, of these PUBLICITY STUNTS FOR DONATIONS!

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 2-22-25

Plaintiff's Signature: Elizabeth Grant

First Name: Elizabeth
Middle Initial: Mary
Last Name: Grant

Prison Address: 1919 Hazen Street

County, City: East Elmhurst
State: NY
Zip Code: 11370

(margin notes: Rose M. Singer)

Date on which I am delivering this complaint to prison authorities for mailing: _____

Queens supreme Court
Docket CR-01825    Judge Amino    p1
Indict no. 73209-2024
NYSID no. 07413097M

Additional Comments:

Legally, animals cannot be taken till after conviction according to 373 law. ASPCA are not abiding by Animal laws. Abusing and misusing their power along with the 115th precinct they are paying off.

How can a court hearing go on without evidence. Animals disappear and are killed and sold the same day. They are not the ASPCAs property and a violating the Fourth amendment Right to privacy and property.

There is suppose to be a forfeiture hearing in which me and the animals are victims of the corruption of the "Publicity Stunt for Donations" involving creating false cases and making it look like animals don't get what they need when they always did with me.

I am a member of the USA, New York, Pennsylvania and Ohio caregiver alliance. We are farmers, breeders, show dog people, Rescuers and pet shop people who are falsely accused by the ASPCA who illegally steal animals and frame people so the donations roll in when they publicize animals that were abused when they weren't and just throw a cone on their head to make them appear to be abused.

Google "ASPCA fraud" and the Misuse of donations will come up and the CEO → "for profit" Agency having a CEO making 800,000 a year Appawlingly deceiving the niave public.

p2

- My home was destroyed as other peoples property has been to frame the animal owner as having a "messy" home. A messy home does not constitute a case. Thys is fraud and destruction of a persons property is ransacking and vandalism.

The house was always full of dry and moist food and treats. I always had Petco discounts and could even get a 30 pound bag of food for 5 dollars. I always had moist food in the house too. and lots of people food for the animals.

I had asked since the date of my assault and the animals being stolen 5/21/24 to be able to get a defendant veterinarian to see the animals. The judge denied me this defendant veterinarian and so did my lawyers Christopher Miller and Mary Beth Anderson and this is completely illegal.

Animals would need to be seen with me right outside the house in a truck to get an adequate health check on them.

Animals that are taken in a seizure are abused by the ASPCA and will be injured and frightened by the ASPCA. They have left mops, hoes, rakes and brooms that they have hit the animals with to knock them down and trap them. Blood has been on my rugs from the ASPCA and they left kittens that they injured on my rugs. Pure abuse of animals.

P3.

Illegally seizing animals is CRUELTY, Removing animals from their home and the ASPCA killing them in their kill shelter is cruelty to animals.

Animals used to expensive food like mine cant stand the ASPCA generic Kibble. Animals fed people food will not survive the ASPCA Dollar Kibble.

If 323 Animal Law states you can't take animals till after conviction then it seems like "Court Fraud," that the ASPCA are allowed to ILLEGALLY seize animals on "hearsay" of neighbors.

The fourth amendment was created to stop, Illegal Search and Seizures, Stating that citizens have a right to privacy, and property means no one should break in your home disturbing your privacy and Illegally taking your property.

Innocent till proven guilty, Means the forfeiture hearing must take place First. Due Process for the victim before animals taken. Animal Law 373 was written to avoid "court fraud."

All the seizures are Illegal, They are not obeying Due Process Laws for Innocent Citizens that deserve a chance to prove the false accusations are not accurate. These "Publicity stunts for Donations", are full of photoshopping pictures and falsifying Documentation.

p4

ASPCA STEAL Animals from their home and destroy the animals and the owners Life. Taking the owner and animals rights away is against the Constitution and the Fourth amendment rights to Privacy and Property.

Why would any Judge go along with this fraud and ASPCA not following the Law. It is a total Abuse and Misuse of Authority and Power and it should not be allowed. The animals have Rights. They cannot talk but you can see when an animal Loves an owner and vice versa. None of the animals had problems with me nor me with them. The animals also had no problems with other people.

Right now there is no live evidence at all. We are also past the 6 month Indictment time which occurred on August 14th, So legally the case with no speedy trial rights, today should be dismissed. Yet again, court fraud, instead of ending the case they are Railroading me to the Psych ward and this is complete court Fraud.

I am a Teacher, Educational Aviator at heart. I worked this Job for 35 years along with being a Professor and a Tutor. I Love helping people and animals. I communicate well with people of all ages, races and communities Especially my Lawyer in Defense

P1

Queens Supreme court backing up and enabling the false arrests is pure court fraud, and should not be allowed. Right now the Animals as evidence have been killed or sold by the ASPCA and this is not legal being the Animals are not their property.

I never saw or signed any orders, ever. The court has not produced them so it seems they never existed but have the nerve to put a felony on me for them. My Charges have been illegally bumped up from a misdemeanor to a felony, completely corruptly. I need the charges removed. This case is being covered up because a lot of people are profiting from me and the animals demise.

Why isn't the Defendant me, never offered a Veterinarian that could go see the Animals. That is the only way the case would run legally. Also the animals should not have been taken till after conviction. That is the only way the case would be done legally. Right now I've been locked on Rikers Island who did not allow me upstairs to court to let the judge see the paperwork I was extradited on the 11th day when they only had 10 days. I also voluntarily surrendered.

This criminal case is a fraud, court fraud. I have the papers to prove extradition on the 11th day and I duly voluntarily surrendered. This should be taken into consideration to free me from Rikers.

I should have been able to show this paperwork in court on February 12, and my Due Process also served. It is Illegal not to allow me to go to court when so much money was wasted to bring me to NY on a false case. The judge decided the case without me, this is Court fraud.

Only one court date was missed in 10 years. Avuinent was extreme for a case that truly needed motion to dismiss.

The Bus Driver the day of court when I wasn't allowed to go upstairs to told me I had no more court dates and was committed to the hospital. This is pretty serious for a bus driver to be telling you.

Lawyers Christopher Miller and Mary Beth Anderson were railroading the 730 so I would look incompetent, when I answered all the questions correctly with a masters in Education and a masters in Educational Administration and three licenses one in Teaching, another Principal another District administrator.

I was not given a copy of the lies of the 730. This is complete court corruption and fraud.

730 means a hospital and I am too intelligent and a good communicator to label this so I would like to fight it. My rights to get a 730 hearing were completely deprived. I was told I am being committed to the hospital and no more court dates. Due Process was not served I never got to speak to the

P3

Judge to show the papers of the fact I was not allowed to show the papers that would show that I was Illegally extradited on the 17th day when the party extradites showed up late on the 16th day Illegally extraditing me on a voluntary surrender which would have removed the renard.

Paid Lawyer Russ Kofman, never ever came down to see me in court to know that I wanted a 730 hearing and as a good communicator and educated person. How do I get to show I am not 730 at all a Teacher/Educational Director/Professor and Tutor of 35 years. does not mirror a 730. I have taken 100's of tests and passed simple exams I Definitely Can and have passed the 730 Exam easily.

Let me prove myself because legally as I have said in this essay. I should not be on Rikers Island at all. My renard should have been removed. I am not 730. But if I must go to the hospital then BY Law NO 730 person waits in Rikers (in Jail) to go to the Hospital It is against the 730 Law to be waiting to go to the hospital in Rikers.

Corrupt Expediters show up on the 16th Day after "Partying in Pittsburg" with their Beautiful car they rested for days. An Intense relationship between these people. They wanted to leave to extradite me on the 17th day but the corrupt Pennsylvania Jail

p4

who also needs to be sued Just gave me away Like I an their property, at 6am on the 11th Day when my Aunt was having me removed at 9am on the 11th Day but was pushed aside to Nail me on an Illegal Extradition on the 11th Day

Queens Supreme court was desperate to do a fraudulent case of letting the Expediters Show up with me on the 11th Day that they extradited me when they only had 10.

I never saw my 730 exam paperwork and the fraudulent Lies of Christopher Miller, Mary Beth Anderson Dr. Perry and Dr Shoo had no real argument making me a 730 other than they think they can get away with embellishing, elaborating and flat out Lying. I am a 730?

Dr Perry and Dr Shoo cannot manifest me a 730 from their own words I would have to answer questions wrong which I didn't. Dr Perry has made up excuses in court by ILLEGALLY LABELING me a 730 saying I "overcommunicate" with my Lawyer. Legally, Professionally, overcommunicating does not mean you are a 730 and it is not a viable reason at all.

I go to Law Library Regularly and I an fully versed in the Animal Laws 353 and 353 and the fact already the case has been Illegally put forth because the animals are not suppose to be taken till after conviction My fourth amendment rights to privacy and property have been completely DISREGARDED

P5

Dr Shaw and Dr Perry Know I Know The facts of my case, but indeed they are helping the District Attorn. Instead of Dismissing the case would mean this court has more ability to be sued.

Queens supreme court protect the lies of the police Because this false cases bring them money and keep everyone in a job. Everyone covers for the fact in reality there is no evidence often then Lying police officers, ASPCA workers who are paid and paid witnesses. ASPCA has manifested court fraud on all of their cases.

I am a member of the USA, New York, Ohio, Pensylvania Caregivers alliance. We are farmers, breeders, Show dog people, pet shop people, Real Rescuers Like me who don't take donations. Just HELP ANIMALS! Out of the kindness of our hearts.

The Animals as evidence are stolen, destroy or given away but in REALITY With no Live evidence There is "NO CASE." Legally you cannot convict a person on photo shopped pictures. If the evidence is gone and I am not allowed my Legal Right to a defendant veterinarian the case is over. I have been denied a defendant veterinarian in EVERY CASE and this is Illegal court fraud in every way.

Also the District Attorney only had 6 months for a speedy trial. and rights to the case

\* Also the 730 exam only lasts 60 days. The test was taken in October so a new test with the new lawyer Russ Kofman could simply be done or Eric Poulsen. I should not have to wait on Rikers Island. P6

That would be 6 months past the indictment. The indictment was August 14, 2024. It is February 25, 2025. We are already over the 6 month period of time the District Attorney had to put forth the case when he in reality "Already Killed and Sold the animals" when legally they were not ASPCA's property to do that legally.

Animals by law cannot be taken till after conviction. Innocent till proven guilty. 373 law states they must remain on the property of the owner to fix anything needed.

A forfeiture hearing must take place to decide if they animals are removed from the home or not. I was also ILLEGALLY DENIED THIS DUE PROCESS.

I don't know what the District Attorney is doing bumping up a misdemeanor to a felony with no proof. This is fraud on the court and tampering with charges.

I was simply sitting in my home. Lies of neighbors did to want the house should not constitute an ILLEGAL Seizure from hearsay of Racist neighbors. Me and my mom were the list off the white people in the neighborhood and obviously not liked.

Christopher Miller had shown his favor of the District Attorney by covering saying he had the certificate of Compliance when the DA admitted they did not have it. This is court fraud

