UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ELIZABETH MARY GRANT,

                Plaintiff,

  -against-

P.O. MICHAEL GRASSIANO,

                Defendant.

------------------------------------------------------------------- x

ORDER

No. 25-CV-1664-PKC-JRC

JAMES R. CHO, United States Magistrate Judge:

      By Order dated April 30, 2025, the Honorable Pamela K. Chen granted the motion of *pro se* plaintiff Elizabeth Mary Grant to proceed *in forma pauperis* and directed the United States Marshals Service ("USMS") to serve the Summons and Complaint upon defendant P.O. Michael Grassiano ("Grassiano"), without prepayment of fees. *See* Dkt. 11. The Process Receipt and Return filed by the USMS indicates that the USMS was unable to serve process on Grassiano at the 115th precinct because "Grassiano no longer works for NYPD. (Possible Fed Employee (HSI) Now)[.]" *See* Dkt. 16.

      "Although *pro se* litigants proceeding *in forma pauperis* . . . may enlist the help of the United States Marshals Service to effect service under Rule 4, these litigants are, for obvious reasons, still responsible for providing the Marshals Service with accurate information to enable proper service." *Castro v. Cusack*, No. 15-CV-6714, 2019 WL 3385218, at *5 (E.D.N.Y. July 26, 2019). "[T]he Court cannot investigate the whereabouts of a defendant." *Amaya v. Intercounty Paving Associates LLC*, No. 19-CV-4645, 2024 WL 1530690, at *4 (E.D.N.Y. Feb. 1, 2024). Accordingly, a plaintiff proceeding *in forma pauperis* must provide the Court with an accurate address for service of process in order for the Court to have service effected on

plaintiff's behalf by the USMS. *See id.*; *Castro*, 2019 WL 3385218, at *5 (dismissing *pro se* complaint for failure to provide proper addresses to USMS for service).

By September 19, 2025, plaintiff shall file a letter providing an accurate address for service on defendant Michael Grassiano. Upon receipt of the requested information, the Clerk shall reissue the summons for defendant Grassiano and forward the documents necessary for service to the USMS.

In the alternative, plaintiff shall advise the Court whether she wishes to discontinue the action.

The Clerk's Office is directed to mail a copy of this Order to the plaintiff.

**SO ORDERED**

Dated: Brooklyn, New York
August 19, 2025

                                                    s/ James R. Cho
                                                    James R. Cho
                                                    United States Magistrate Judge